# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:13-CR-100-JTM-JEM |
| | ) | |
| ANTOINE T. MCCLAIN, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A MOTION FOR MODIFICATION OF SUPERVISED RELEASE

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant Antoine T. McClain's Motion for Modification of Supervised Release [DE 40], this matter came for hearing before Magistrate Judge John E. Martin on May 12, 2016, with the consent of Defendant McClain, counsel for Defendant McClain, and counsel for the United States of America. The hearing on Defendant McClain's Motion was in open court and on the record.

In consideration of the Motion, response filed by the Government, and information obtained at the hearing, I **RECOMMEND** that the Court **GRANT** the Motion for Modification of Supervised Release [DE 40] and **ORDER** that the terms of Antoine T. McClain's supervised release be modified to include that he surrender and reside na a halfway house for up to 120 days to fully participate in intensive drug treatment, shall follow the rules and directions of the halfway house, and shall participate in substance abuse counseling.

Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 13th day of May, 2016.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody