UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) No. 2:13 CR 100 |
| | ) |
| **ANTOINE T. McCLAIN.** | ) |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 47), to which the parties have no objection, (DE # 48), the Magistrate Judge's findings and recommendation are now **ADOPTED**. Defendant's Motion for Modification of Supervised Release (DE # 40), is hereby **GRANTED**. The terms of his supervised release shall be modified to include that he surrender and reside in a halfway house for up to 120 days to fully participate in intensive drug treatment, shall follow the rules and directions of the halfway house, and shall participate in substance abuse counseling.

**SO ORDERED.**

Date: May 20, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT